

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-272-D-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| JEFFREY NADIR SHIELDS ) | |

The Grand Jury charges that:

## COUNT ONE

On or about November 2, 2023, in the Eastern District of North Carolina on Fort Bragg, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the defendant, JEFFREY NADIR SHIELDS, did knowingly kill F.L.P., in the commission of an unlawful act not amounting to a felony, that is failing to decrease speed as necessary to avoid colliding with a person, vehicle, and conveyance and avoid injury to any person or property, in violation of North Carolina General Statute 20–141(m), in violation of Title 18, United States Code, Sections 7(3) and 1112.

## COUNT TWO

On or about November 2, 2023, in the Eastern District of North Carolina, the defendant, JEFFREY NADIR SHIELDS, at Fort Bragg, on land acquired for the use of the United States and under the exclusive and concurrent jurisdiction thereof, did fail to stop his vehicle at the scene of the crash when he knew and reasonably should

have known that his vehicle was involved in a crash and that crash resulted in serious bodily injury and death to F.L.P., in violation of North Carolina General Statute Section 20-166(a), and Title 18, United States Code, Sections 7(3) and 13.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 10/21/25

W. ELLIS BOYLE
United States Attorney

BY: LOGAN W. LILES
Assistant United States Attorney